FILED
JAMES J. VILT, JR. - CLERK
OCT - 7 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3:26MJ-900-RSE
18 U.S.C. § 611

**SANDRA MADELINE WATSON**

INTRODUCTION

1. **SANDRA MADELINE WATSON (WATSON)** is a citizen of Canada.

2. Since 2009, **WATSON** has held Lawful Permanent Resident (LPR) status in the United States, commonly known as a "Green Card" holder.

3. **WATSON** has never applied to become a Naturalized United States Citizen.

4. On or about March 15, 2013, **WATSON** registered to vote in Kentucky. At the top of the registration form, it stated in bold, "**FOR U.S. CITIZENS ONLY**" and contained a warning that making untrue statements on the application could carry up to a $500 fine and up to 12 months in jail. On the registration form, **WATSON** swore and affirmed that she was a United States citizen and signed it.

5. On or about and between January 19, 2021, and February 12, 2021, **WATSON** signed and filed a USCIS Form I-90 and requested to replace her Permanent Resident Card, commonly known as a "Green Card." On November 14, 2022, a new Permanent Resident Card was issued to her.

6. Kentucky State Board of Elections (SBE) records show that **WATSON** has voted in multiple Kentucky elections.

7. On November 5, 2024, **WATSON** appeared at a voting precinct in Jefferson County, Kentucky, signed the "Voter Roster," and voted.

8. On or about December 5, 2024, the Kentucky State Board of Elections (SBE) removed **WATSON** from Kentucky's voter registry after being notified that she had been previously excused from jury duty because she is not a United States citizen.

The Grand Jury charges:

COUNT 1

*(Voting by Alien in a Federal Election)*

9. The grand jury incorporates by reference the allegations in paragraphs 1 through 9 above.

10. On or about November 5, 2024, in Jefferson County, in the Western District of Kentucky, the defendant, **SANDRA MADELINE WATSON**, an alien, knowing that she was not a United States citizen, voted in an election held solely or in part for the purpose of electing a candidate for the office of the President, Vice President, Presidential elector, Member of the Senate or Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL.

[redacted]



KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:RDM

UNITED STATES OF AMERICA v. **SANDRA MADELINE WATSON**

**PENALTIES**

Count 1: NM than 1 year/$100,000/both/NM 1 yr. Supervised Release

**NOTICE**

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.